Indicated earlier we're skipping for the moment the number four case listed on the calendar and we'll go to case let's cases five and six u.s. against Hill and Kia's Rivera those are 1831 64 1824 60 and 1824 61 council my name is Colleen Remy and I represent mr. Hill and it did the court want me to argue both cases at once I think that might make the most sense here the government is nodding I don't hear anybody objecting so given the these cases are fairly straightforward the district court imposed circulated a list of proposed supervised release conditions to the parties I have no reason to think it didn't get circulated no one objected to the circulation or proposed conditions and then the court orally adopted them by reference simply saying I'm going to impose these cases in mr. Hill's case there was an explicit waiver of the reading of the conditions council doesn't argue that that was improper in any form in mr. Rivera Keeley's case that was not made explicit but the the underlying issue when the opening brief was written was that because the judge didn't file the circulated proposed conditions there was no way to verify that the written judgment matched the oral judgment of the court and that clearly creates a procedural problem and it makes plenary review of the the sentence and the judgment impossible so that was the that was the procedural error that was identified after the brief was filed the district court of course supplemented the record in both cases and once I was able to review the conditions that were circulated they did match the conditions in that were imposed in the judgment and substantially cured this procedural problem the only so at this point the because this seems I mean it appears to me that the judge the district court was attempting to comply with block you know the procedure seems fairly straightforward and helpful to defendants to circulate these ahead of time so that everyone is on the same page and really the only issue is the filing of those conditions and so since this is apparently a recurring issue and that it came up in two cases we would just ask that the district courts just sort of be reminded potentially to make sure that they make those conditions record should we send a letter rather than write an attorney that would be entirely at your discretion I just at this point the issue has been cured by the subsequent actions of the district court okay thank you very much thank you for the government may I please the court Rebecca Tableson on behalf the United States there is no longer a live dispute between the parties as is reflected in mr. May's comments and in the reply briefs as a result there is no active case or controversy here neither appellant seeks resentencing full or partial the instructions that they seek to be clear would not in any way prejudice the government but they would likely violate article 3 section 2 of the Constitution as advisory opinions and as a result the government would urge this court to to the extent the court has questions about the district courts regular procedures here I can answer some of those so generally what happens is before the sentencing is called the district court circulates a list of conditions to all the parties it's almost always on a bright yellow sheet that list of conditions as mr. May points out is not typically are we talking here about judge Stadmuller in particular or the Eastern District we're a slightly different procedure in this regard this document is as mr. May noted not typically filed on the docket it was in these appeals only because the government moved to supplement the record for this court's benefit but the the procedures that this court has discussed with respect to providing notice of supervised release conditions in this court's precedents have focused on providing notice to the defendant and to the parties not to the public and indeed pre-sentence reports which are on the docket and do contain supervised release conditions those are under seal so nobody has access to those other than the parties and their attorneys and so handing out this yellow sheet in advance of sentencing accomplishes in practical effect the same thing as having a sealed pre-sentence report on the docket the parties and their attorneys retain these and it's quite an easy matter to confirm as we did in this case that the conditions on this yellow sheet match those in the written judgment and so as mr. May noted this procedure reflects the district court judges good-faith efforts to follow the best practices outlined by this court and to provide the defendants notice and of the conditions and these conditions are often less restrictive than those proposed in the PSR so they're often favorable to defendants so again this is the government almost has no dog in this particular fight of to whether they're on the docket or not but to the extent that's helpful to the court and it's any concern about these procedures that is the law if the court has no further questions we ask that you affirm the decisions below or dismiss these appeals thank you thank you miss Tableson anything further mr. May your honors I just wanted to clarify that the issue comes in as Miss Tableson noted that when these are not filed as a matter of course especially for appellate counsel who wasn't at the hearing does not have a copy of it because it's not on the record I did reach out to trial counsel in both of these cases and neither of them still had the document prior to filing the brief so it does make just confirmation of that impossible and so to the extent that it is a continuing practice by the district court our make a concrete record of that in whether it's under seal or not thank you as remain thank you your honors all right those cases are taken under advisement that is both u.s. against Hill and u.s. against Kia's Rivera we'll move on